No. 75–5902.   REED v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 75–5904.   POWELL v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 75–5907.   YOUNG v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 75–5908.   ROBINSON v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 75–5924.   ROSE v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 75–5926.   HARVEY v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 75–5927.   SNOW v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 75–5928.   BALLARO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 75–6009.   HASKINS ET AL. v. FREEDMAN ET AL. C. A. 1st Cir.   Certiorari denied.

No. 75–6044.   RODRIGUEZ v. STONE, INSTITUTION SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 75–6073.   COLEMAN v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir.   Certiorari denied.

No. 75–6075.   WALKER v. COMMITTEE ON EXAMINATIONS AND ADMISSIONS.   Sup. Ct. Ariz.   Certiorari denied.

No. 75–6083.   SMITH v. GITCHELL, SHERIFF.   C. A. 6th Cir.   Certiorari denied.